No. 753. CRAFT ET AL. *v.* HIRSH. Jurisdictional statement submitted February 3, 1934. Decided February 12, 1934. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. George W. Yancey* for appellants. No appearance for appellee.